IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TOSHIBA CORPORATION, et al,**   No   C-05-2914 VRW

    Plaintiffs,   Related to Case Nos
C-05-4100 VRW, C-05-4547 VRW,
    v   C-04-4708 VRW, C-05-4016 VRW

**HYNIX SEMICONDUCTOR INC,**   ORDER

    Defendant.
_____/

    The court is considering the following disposition for the pending motions:  (1) in 05-2914 VRW, granting Hynix's motion to dismiss; (2) in 05-4100 VRW, granting the Toshiba entities' motion to sever Hynix's infringement counterclaims and the Toshiba entities' declaratory relief counterclaims and (3) consolidating the severed counterclaims with the claims and counterclaims in 04-4708 VRW.  The parties should be prepared to discuss this proposed disposition at tomorrow's hearing.

//
//
//
//

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
**United States District Chief Judge**