IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA CORPORATION, et al, | No   C-05-2914 VRW |
|     Plaintiffs, | Related to Case Nos<br>C-05-4100 VRW, C-05-4547 VRW,<br>C-04-4708 VRW, C-05-4016 VRW |
|     v | |
| HYNIX SEMICONDUCTOR INC, | ORDER |
|     Defendant. | |

At a hearing held on December 15, 2005, the parties agreed to the following disposition, which was proposed by the court in its December 14, 2005, order. Doc #26. The court GRANTS Hynex Semiconductor Inc's ("HSI's") motion to dismiss 05-2914 VRW without prejudice (Doc #14-1). In 05-4100 VRW, the court GRANTS Toshiba Corporation's, Toshiba America Electronic Components, Inc's and Toshiba America Information Systems, Inc's ("the Toshiba entities'") motion to SEVER HSI's counterclaim alleging infringement of United States patent no 5,200,030 ("'030 patent"). Doc #16 in 05-4100 VRW. Also in 05-4100 VRW, the court SEVERS the Toshiba entities' declaratory relief counterclaims pertaining to the '030 patent.

1   Additionally, the court CONSOLIDATES both HSI's severed
2   infringement counterclaim and the Toshiba entities' severed
3   declaratory relief counterclaims with 04-4708 VRW.  The clerk shall
4   CLOSE the file for 05-2914 VRW and TERMINATE all pending motions in
5   that case.  HSI's motion to stay 05-4016 VRW is not affected by
6   this order and remains scheduled for hearing on February 9, 2006.

    IT IS SO ORDERED.

    VAUGHN R WALKER
    United States District Chief Judge